UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 20 2021

Nathan Ochsner
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs | § | CRIMINAL NO. B-21-1085 |
| **KAILAH JANELLE PAZ** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 6, 2021, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**KAILAH JANELLE PAZ,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO

On or about December 6, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**KAILAH JANELLE PAZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than fifty (50) grams, that is, approximately 9.08 kilograms (20.02 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about December 6, 2021, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**KAILAH JANELLE PAZ**,

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

## COUNT FOUR

On or about December 6, 2021, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

**KAILAH JANELLE PAZ**,

did knowingly and intentionally import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, in that she did import into the United States a quantity more than fifty (50) grams, that is, approximately 9.08 kilograms (20.02 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*[signature]*
Megan Eyes
Assistant United States Attorney

3