United States District Court
Southern District of Texas
**ENTERED**
April 06, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| V. | § | CASE NO.: | **B-21-CR-1085-1** |
| **Kailah Janelle Paz** | § | | |

**ORDER**

**The Court, upon conducting a Federal Rule of Criminal Procedure Rule 11 colloquy pursuant to consent by the Defendant, recommends that the Defendant be found guilty and ORDERS,**

1) That the investigation and preparation of the presentence report be completed by the **19th** day of **May**, 2022.  (45 days)

2) **PRESENTENCE REPORTS AND RELATED DOCUMENTS ARE FILED UNDER SEAL BY THE PROBATION OFFICE ELECTRONICALLY IN THE COURT'S ELECTRONIC FILING SYSTEM (CM/ECF).  THE NOTICE OF ELECTRONIC FILING (NEF) AUTOMATICALLY GENERATED BY THE COURT'S ELECTRONIC FILING SYSTEM NOTIFIES COUNSEL THEIR COPY OF THE REPORT CAN BE RETRIEVED UTILIZING THEIR FILING USER LOG-IN AND PASSWORD ISSUED UPON ADMITTANCE TO THE BAR OF THIS COURT.  (SEE ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING IN CIVIL AND CRIMINAL CASES).  IN EXTENUATING CIRCUMSTANCES, PAPER COPIES MAY BE REQUESTED FROM THE PROBATION OFFICE BY COUNSEL. COUNSEL WILL THEN BE RESPONSIBLE FOR OBTAINING THE PAPER COPY OF THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT OR MAKING ARRANGEMENTS WITH THE PROBATION OFFICE FOR ALTERNATIVE DELIVERY, AT COUNSEL'S EXPENSE.  THESE ARRANGEMENTS SHOULD BE CONFIRMED IN WRITING WITH THE PROBATION OFFICE.  DELIVERY VIA FACSIMILE IS NOT AUTHORIZED.  ALTERNATIVE DELIVERY EXTENDS NO TIME LIMITS.**

Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by the **2nd** day of **June**, 2022.  If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.  (14 days)

3) After further investigation the pre-sentence officer shall submit a final report by the **16th** day of **June**, 2022. (14 days)

4) This case is set for sentencing hearing on the **29th** day of **June**, 2022 at **10:00** a.m. **BEFORE UNITED STATES JUDGE ROLANDO OLVERA**. (20 days)

**SIGNED** this **6th** day of **April**, **2022**.

United Sates Magistrate Judge